IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES GARLAND GRAGG,
RICHARD BURNIS BREWTON, and
MEAGAN ROCHELLE BUTLER,

Defendants.

CR 26-38-BU-DLC

ORDER

The United States has filed a motion to quash arrest warrants and issue summonses. (Doc. 9). Accordingly, and good cause appearing,

IT IS ORDERED that the United States' motion is GRANTED and the arrest warrants issued on October 8, 2026, for the above-named Defendants are hereby QUASHED. Defendants' initial appearances and arraignments on the Indictment are scheduled for 1:30 p.m. on November 10, 2026, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

The Clerk of Court shall issue summonses directing Defendants to appear at the designated date and time.

DATED this 22nd day of October, 2026.

Kathleen L. DeSoto

Kathleen L. DeSoto
United States Magistrate Judge